IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LENDELL K. SANDERS, | ) | CIVIL NO. 1:14-cv-00454-KG-SCY |
| | ) | |
| Defendant. | ) | |

DEFAULT JUDGMENT

The plaintiff, United States of America, under Fed. R. Civ. P. 55 (b)(2), has moved for judgment by default against the defendant, Lendell K. Sanders, reducing to judgment federal income tax assessments for years 1996-2001, 2003, 2005, and 2006.

The Court finds that on June 4, 2014, the defendant was personally served with a summons and a copy of the complaint. The Court also finds that the defendant's answer or other responsive pleading was due on or before June 25, 2014.  The defendant has failed to file an answer, motion, or otherwise defend in this action.  Because of the failure of the defendant to timely plead or otherwise defend in this action, she is in default.  Based on the motion for judgment by default, supporting documents, and the record in this case, the Court is of the opinion that the motion should be granted and that judgment by default should be entered against the defendant.

It is therefore ORDERED, ADJUDGED AND DECREED:

1. that the plaintiff, United States of America have and recover judgment against the defendant, Lendell K. Sanders, for unpaid federal income taxes for years 1996-2001, 2003, 2005, and 2006 in the amount of $170,673.64, as of January 13, 2014, plus interest and other additions to tax allowed by law accruing thereafter until paid;

2.    that the United States is awarded its costs of this action

SIGNED July 28, 2014.

_____
UNITED STATES DISTRICT JUDGE